IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE B. ISLAND,

    Petitioner,                    No. CIV S-09-3226 JAM CKD P

    vs.

TOM L. CAREY,

    Respondent.               ORDER

_____/

        On September 29, 2011, petitioner was given leave to filed an amended petition for writ of habeas corpus. Petitioner was instructed that he could not include in his amended petition his claim that certain California Department of Corrections and Rehabilitation regulations establish a presumption of guilt in violation of petitioner's right to due process. Petitioner filed his amended petition on December 2, 2011 and did include the claim described above as "Contention II."

        Because the court has already decided petitioner cannot proceed on his unlawful presumption claim, petitioner's amended petition will be dismissed. Petitioner will be given leave to file a second amended petition. If petitioner includes his unlawful presumption claim in his second amended petition, the court will recommend that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to follow court orders.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for writ of habeas corpus is dismissed;

2. Petitioner is granted 30 days within which to file a second amended petition;

3. In ths second amended petition, petitioner shall not include his claim that certain California Department of Corrections and Rehabilitation regulations establish a presumption of guilt in violation of petitioner's right to due process; and

4. If petitioner fails to file a second amended petition that conforms with this order in 30 days, the court will recommend that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to follow court orders.

Dated: March 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

isla3226.dis